AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

20 1712 DLB

United States of America
v.

CHANTELLE BOYD

Case No. 20CR10080

Defendant

## ARREST WARRANT  SEALED

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* CHANTELLE BOYD

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy in violation of 18 USC 371
Theft of Government Funds in violation of 18 USC 641
Making False Statements to a Grand Jury in violation of 18 USC 1623(a)

FILED ___ ENTERED ___
LOGGED ___ RECEIVED ___
JUL 06 2020
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Date: 3-12-20

City and state: Boston, MA

*Issuing officer's signature*

HON. M. JENNIFER BOAL, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*